**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-00021 (WLS-TQL-1) |
| | : | |
| NYIESHA FORD, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a "Joint Motion for Continuance" filed by the parties in the above-styled action June 9, 2022. (Doc. 77.) Therein, counsel for the Government and Defendant Nyiesha Ford ask that this Court continue this case to "the completion or dissolution of Ford's pretrial diversion." (*Id.*) The Parties explain that they entered into an agreement for Defendant Ford to participate in pretrial diversion for the charges currently pending against her. (*Id.*) However, because the agreement was just established, the Parties assert that additional time is needed to allow the United States Probation Office ("USPO") adequate time to conduct the requisite assessment of Ford to insure she is indeed a suitable candidate for pretrial diversion. (*Id.*)

Based on the parties pending request for pretrial diversion, it is **ORDERED** that this case is **CONTINUED** until a determination on the applicability of pretrial diversion is made and noticed on the record. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the

1

Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The parties are hereby **ORDERED** to file a written notice on the record to inform the Court of the status of the case within seven (7) days of their learning such a determination has been made.

      **SO ORDERED**, this <u>10th</u> day of June 2022.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2