IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00021 (WLS-TQL) |
| | : |
| NYIESHA FORD, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On May 12, 2021, Defendant Nyiesha Ford was indicted by a grand jury. (Doc. 1). Count One charged Defendant with Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

On June 30, 2023, the Government filed a Motion to Dismiss Indictment (Doc. 98), requesting that Defendant be dismissed from the pending indictment. The Government states that on June 9, 2022, Defendant entered into a pretrial diversion program, with conditions to last for a period of twelve (12) months. (Doc. 98). The Government further states that Defendant "has now successfully adhered to the provisions of that agreement and therefore the Government requests that the Court dismiss the indictment against the Defendant at this time." (*Id.*)

Accordingly, the Government's Motion to Dismiss Indictment (Doc. 98) is **GRANTED**. The indictment against Defendant Ford is **DISMISSED** without prejudice.

**SO ORDERED**, this 3rd day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1